**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**STATE OF FLORIDA,**

      **Plaintiff,**

**v.**                                       **Case No. 4:23-cv-315-AW-MAF**

**ANTONIO T. MARTIN,**

      **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's report and recommendation. ECF No. 3. There has been no objection. I agree with the magistrate judge that this case should be remanded to the state court.

Accordingly, it is ORDERED:

1.      The report and recommendation (ECF No. 3) is adopted in full and incorporated into this order.

2.      Defendant's notice of removal of Leon County Circuit Court Case Nos. 2021-CF-2412 and 2022-CF-1961, is DISMISSED.

3.      This case is REMANDED to the Circuit Court, Second Judicial Circuit, Leon County, Florida.

4.      The clerk will take all steps necessary to effect the remand.

5.      The clerk will then close the file.

SO ORDERED on August 28, 2023.

s/ *Allen Winsor*
United States District Judge